

# Sales Play Book

I. Sales Rules & Theory
II. Pitch Outline
III. Pitch Script
IV. Moving to the Close
V. Objection Handling

# I. Sales Rules & Theory – Close or be Closed

**Common Phrases**
- **Automatic stay** – Federal law that happens when bk is filed, stops all actions from garnishment, to sale date, to divorce
- **Notice of Filing** - Proof of the automatic stay that is sent to creditors
- **WAGOFF** – Wage assignment revocation order. Letter we give to clients to get wage assignments stopped
- **FDCPA** – Fair Debt Collections Practices Act

**Words to Avoid saying**
- Cost or Price: Say instead total amount, total investment. The total investment in your future is $1500.
- Down Payment: Say instead, initial amount, initial investment
- Monthly Payment: Say instead, monthly amount, monthly investment
- Contract: Call it the retainer, paperwork, agreement or form
- Deal: Opportunity or transaction
- Never ask them to sign anything: Ok/approve/authorize/endorse the paperwork/agreement

**Our Rules of Selling**
1. Always agree with the buyer.
2. Treat every client like a millionaire.
   a. Always treat the buyer like they can! I have always said if you treat someone like they have money they will act like they have money! Treat me like I won't buy, and I assure you I will not buy! All of your words, responses, actions, facial expressions, your handling of objections need to communicate that you are treating your prospect as someone who is going to buy, who is going to say yes, who will ultimately go along with your proposal
3. Never quit on a buyer.
   a. If they are hard no one else will close it. We can close it.



4. Acknowledge the buyer's feelings.
   a. Take the time to acknowledge the prospect's offer because he is so intent on selling his proposal and fails to acknowledge what was offered. When you do not take the time to acknowledge, you only make matters worse because your prospect becomes more solid and rigid. Take the time to say thank you, I appreciate that and want to congratulate you for making this suggestion before you get into your own proposal.
5. Always look for a solution.
   a. Don't give up too soon and tell them we can't help. "How can we make this work? What can you do to make this go right? Help me out here I am doing everything I can to make it work out for both of us…." People appreciate those who never give up, those who always look for the solution."
6. Use humor to relieve stress.
   a. What do you call the guy that finished last in medical school? Dr." Apply that to the legal field and just using "any" lawyer.
7. Care so much you refuse not to close.
   a. This is beyond selling now and more on the line of purpose. If you do not believe 100% that we are helping people more than any financial product in the world, you cannot succeed in this job. Pushing through doesn't make me "not nice" or "ill mannered," but rather it demonstrates that I am sold on my product, I know what I want and I am willing to push through all resistance to get it
8. Treat all objections as complaints until further validated.
9. Constantly make assumptive statements. Make a statement that assumes the prospect is going to retain the firm.
   a. "When we get started, you will no longer have to pay any bills."
   b. "What email address should I send the contract to?"
10. Mirroring
    a. Mirror the clients tone or interests throughout the consult

**Never miss a close by not identifying buying questions**. Buying questions are questions or statements made by the prospect that indicate they are sold and ready to purchase the product.

- How long does this take?
- What happens to my credit after I file?
- After I file ..?
- What's the monthly payment?
- Is there a monthly payment?
- Can I keep my car?



**Answer a question with a question to determine the level of seriousness a prospect has.**
- Client: How long does the bankruptcy take?
    - Response: How soon do you want to be filed?
- Client: How much does the bankruptcy cost?
    - Response: How much can you afford to pay?
- The close begins the second a client asks one of these questions. They are closed and ready to move forward when they do.

# II. Pitch Outline
1. **Introduction**
    a. Do we get along? – Who I am, why I do what I do.
        i. What is their motivation for filing?
        ii. Why did they call today, what happened to move them into action
        iii. Why didn't you call us last month?
    b. Have you made a decision yet about filing bankruptcy? Ask upfront. We do not have to build and demonstrate value if they are already closed.

2. **Information Gathering – Soft qualification**
    a. Debt amount?
    b. Previous BK
    c. Income
    d. Bank account
    e. House
    f. Vehicle

3. **Options**
    a. Non bk option
        i. Personal loan
        ii. Debt settlement
    b. BK option you aren't pitching
    c. BK option you are pitching

4. **Budget/Payment**
    a. Determine necessary expenses
    b. Determine want expenses to eliminate an pay their fees

5. **Disclaimer**



# III. Pitch Script

**Introduction**

Hi, this is Jason Allen. I'm one of the senior client consultants with UpRight Law. Basically, what that means is that I'm one of the most knowledge people in the firm about options for fixing your finances. I'm really good at this job because I'm a numbers person. Within in mere seconds I can calculate the numbers you give me to crunch your budget, determine equity in property, or any number of things. I use to be in debt settlement, but once I found out about this company I applied several times until they finally gave me an interview. Compared to debt settlement where I was selling people on something that might happen, today I can give you some idea of what will happen.

Are you by a computer? I just sent you an email with all my contact info, can you take a look at that real quick? Thank you, just wanted to make sure you could get a hold of me.

Having said that, let's jump into your situation and see what I can do for you. I see from the notes here that you told Bill that you had some (whatever debt). Of those, which is your biggest concern?

Why is that your biggest concern?
· **If they give a proactive reason** *(something they want to do in the future like buy a car, house, save for children's school)*
o That's really smart of you for calling now. I'm glad you are being proactive about this so we can take care of this before something bad like a garnishment or a frozen bank account happens. One thing I want to mention to you, is that no matter what solution we come up for with you, after this is all done, we are going to help you rebuild your credit by giving you access to fifteen, 10-15 minute videos that teach you about your credit. If you watch these videos, generally your credit will get to 720 within two years.
· **If they give a reactive reason** *(something happened to lead to the call like a garnishment, creditor call, judgment in the mail)*
o I'm really glad we talked today, because this is just the tip of the iceberg. Once one creditor finds you or puts a judgment against you, they all will. The last thing you want to happen is get sued by all your creditors. First of all, we can stop that garnishment/repossession/judgment. I want to get that out of way and give you some immediate relief of knowing something can be done. Secondly, there is a good chance that will be able to sue that creditor and put money in your pocket. Once you are in collections, that means collection agencies are involved and they break the law quite often. We get one in five of our clients upwards of $1,000 when creditors are calling them. When you hire us today, I want you to start giving them our name and number and referring them to me and we will take all this stress over.



I understand that you want to take care of (reason from above). How long has this issue been going on? (answer) So, why are we talking today? This has been going on for (X years). Why is today the day you decided to change your life?

**Information Gathering – Soft qualification**

Now that we have gotten to know each other a little better, and I have a clear understanding of what you are trying to accomplish (insert motivation), assuming that we can solve (insert motivation), is there any reason you wouldn't want to take immediate action and get started today?

(Answer No)
Great, so I need to gather some basic information from you so I can lay out some options for you.
- *Make sure you have confirmed at least 5k in unsecured debt, and whether it's a single or joint filing depending on who owes the debt.*
- Have you filed bk? If so, when?
- How often do you get paid? Every (pay period) you bring home how much? Is that before or after taxes? When is your next pay period?
- Where do you have bank accounts? How much is in each account?
- Do you own any real estate or do you pay rent?
- Do you own a car?

Excuse me, (client's name) I'm going to give you about 30 seconds of silence as I crunch some numbers so I can provide you with a couple options. Thank you.

(Answer Yes) Jump down to objection section.

**Options**

Thanks for bearing with me. I've got some great options for you.

First of all, have considered getting a personal loan? (*client will always say their credit isn't good enough to take one out*)

Debt settlement will consolidate your credit cards only, into a monthly payment of $400 a month for the next 4-6 years. Will that help you?

We can consolidate all of your debt into 1 monthly payment of around $500 a month for the next 5 years. Will that help you?



Lastly, we can eliminate all of your debt except for the student loans and have your credit rebuilding within 3 months. How does that sound to you? (*when they say, yes or that sounds great, they are sold, move on and close*).

**Budget/Payment**

Route 1.
How soon do you want to get this filed? *(take the numbers of months from now, divide the fee and quote them what it would take per pay period between now and then to get filed)*
Route 2
After going over your budget here, if we but out XYZ and you can afford to do X every pay period. How does that sound?
- Expenses to eliminate to pay for bankruptcy:
    - Student loans
    - Recreational activities
    - Secured debt they are surrendering

*Once payment plan is thrown out there*. Let me see if I can get this payment plan approved with my attorney. *Put client on hold*. Ok, I talked to the attorney, we can get you approved if do.

**Disclaimer**
Moving forward, you are no represented. That means we are fighting for you. Call or email me with any questions. Most importantly start referring your creditors to us today. Call us back if they continue to call you.

*Go back and finish the back end intake questions we need*

*Read disclaimer*

# IV. Moving to the Close

**Most closes close after 5 attempts.**

**Before Closing the prospect must:**
1. Be sold on what you are presenting and want it
2. Trust you
3. Be the decision maker
4. Have the wherewithal to pay for the product

Case 18-08019   Doc 10-1   Filed 08/14/18   Entered 08/14/18 14:45:54   Desc Exhibit
UpRight Law Play Book    Page 6 of 13



**There is no close until the exchange of value, ie they pay you money.**
- ·No Close = No Exchange = No Real Value

**Test Close** When you ask a question, shut up. Let them answer. Throw these in through the consult
- How do you feel about this so far?
    - Response, I'll make a note of that

**Everyone should have multiple closes, you need specific things to say.**

### Product Delivery Close
- When would you like to get your case filed? September or October?
    - This offers the option to say yes, when they do close the deal.

### Now or Never
- "This is the offer I am making you for right this moment in time, and it is a now or never offer as I will not be able to make this available tonight, tomorrow, or event later today. Because we have an incentive available to us right now, I am able to offer this to you now but it expires when we get off the phone. Let's take advantage of the incentive"

### Done it all close
- "I have done everything I can for you. I have found the exact solution you wanted, we have met your exact specifications, I have done everything possible to get the terms you have wanted, and I will continue to do everything for you in the way of service. Now I need you to do something for me, give me your debit card so we can get started."

### Immediate Close
- "If there aren't any objections or reasons for not moving forward with your debt elimination, I will need your email address to send the agreement to."
- ·"I have put all the numbers together for you and this what we can do for you."

### Pros and Cons
- "I understand how hard it is to make a decision. It is said Ben Franklin, one of our founding fathers, when faced with a big decision, would write down the pluses and minuses of the decision on a piece of paper so he could get a true evaluation of the right thing to do. So what are the pluses and minuses of doing this? If minuses outweigh the pluses then don't do this."



**You're special**
- "Due to your special circumstances we are going to do something we don't for anyone else (present offer)."

**Paperwork Close** –How do you spell your name?
- What is your middle initial?
- How do you spell your email address?
- Is your debit card a visa or mastercard?

**Feel – Felt – Found**
- "I appreciate how you feel. I have felt the same way until I found that…."

**Better to live rich than die poor.**
- When's the last time you spent this much money? Will that $1500 you spent on that (whatever the product is) solve your financial problem? This is something that will make you money.
- When's the last time did that?
- When's the last time you wasted money?
- When's the last time you spent more money than you could afford?

**The "Now or Later: close.**
- You are going to file bankruptcy now or later, but you're doing it. You need to do it. Do it now and enjoy your life, or do it in a year and continue to suffer for a year. Either way you're going to do it, so stop wasting your time and life and do it now. You will have missed a whole year of enjoying your life verse being stressed out.
  - Take time out of the equation
- It's not a disease, you're not going to die by filing bankruptcy, what's the worst that could happen?
- The cost of not filing bankruptcy is high.

**Tie Down** – question at the end of a statement that demands a yes response.
- Would you agree?
- Did I answer all of your questions?
- Was this appointment convenience valuable to you?
- Am I type of person you would feel comfortable serving you?
- Don't you think
- Getting out of debt would change your life, don't you think?
- Paying me $300 a month is better than paying your creditors $10,000, would you agree?

**Summary Close**
- "Let me remind you what you are getting here: 1. Out of debt 2. Credit rebuild 3. Lawsuits against your creditors 4. A dedicated number to call us at any time"



**If they reject your closing attempt:**
**Apology**
- I really need to apologize to you for not being able to get you financial help. Can I ask – was it something I did? Was it something I failed to do?

**After the close**
**Reaffirm the sale**
- "Would there be any reason you would change your mind about this decision?"
- Who else do you know that would be interested in our services?

**Ask for Referrals**
- Before, we get involved with the figures, who do you know that may be in need of financial assistance as well?

**Offer a discount Accelerating payments**
- Is there anything you can sell?
- Can anyone help you pay the bill?
- 3rd party Close "Will you be helping with the investment, the initial investment, the monthly investment, or the whole thing? "

# V. Objection Handling

**Objections** The only way to wear out resistance is through persistence
Objections aren't objections they are complaints. Don't handle the objection. Instead say, when do you want to get started?

Most of the time the closer is handling a complaint that never required more than, "I understand."

**Early objection:** "How much is it?" If its not exactly what you are looking for its no charge at all.

**Price**
"The Price is too high"



- "You know that you couldn't afford the price before you got on the phone. Are we going to get this deal done or not?"
- "You knew it was too much before you called."
- "If I lower the price you still won't make a decision. (Stop dropping our price. Stop talking people out of filing bankruptcy."
- "I agree, and this isn't the firm and won't be the last time you spend more money than you expected to."
- "Do you want the best, or do you want the cheapest?"
- " I agree with you, but grateful you can afford to invest this much money. Not everyone I talk to can afford to do it at all. There are people on this planet starving and wish they could even think about getting of debt"
- "Stop thinking about money. Think about your future."
- "Sir, you can probably say that about your credit cards, car payment, insurance, taxes, groceries, heating, and electric bill. They are all more than you want them to be, but you still do it."
- "I know it's a lot of money, but you deserve this. And if you don't deserve this, I don't know who else does."
- "Can you tell me about how much is too much?" Reduction to the Ridiculousness
  - Take how much they think it is too much by and relate that their amount of debt. You think its $200 too much. You have $30,000 in debt. So you are telling me you think its too much by ($200/$3000 * $1000) $6 per $1000 in dollars in debt.
- "What figures and terms would be necessary for you to say yes?"
- Lose a deal on your terms, not on the client's terms.

**I'm on a budget**
- Someone who says "I have a budget" means they have bought from everyone but you.
- Price is a myth. The client's budget is already broken. They're already buying from everyone else. We aren't the problem.

**I don't make quick or rash decisions**
- "I understand, and the reality is it would be impossible at this point to consider any decision you make at point as a rash decision. You filled out a form online and read and gathered information there. You talked a couple times to my assistant and now we have gone over all your options and you told me the only option is filing a chapter 7. You have spent hours considering the possibilities. Now let's do this."
- "I agree and saying yes right now could never be considered a rash/snap decision. You have needed this service for years now. At this point, it is not only not a rash decision but absolutely the most reasonable, logical, and frankly the only thing you can do."
- "I hear you and I agree but the reality is there are only a few reasons you won't do this tonight, none of which has anything to do with your abililty to make decisions. May I share them with you?
  - 1. Lack of confidence in the product



- o  2. Price or terms are not right
- o  3. You don't have confidence in me or the company.
- o  Which one is it?"

**" I want to think about it"**
- "Thought is instantaneous. Think of you an elephant. Did you get it? You see, thought is immediate. What you need to do now is make a decision, yes or no. Do or don't. I'm fine with either one. Which is it?"
- "I understand. However, you thinking about it will not change the fact that this product saves you money, and you are going to do it sooner or later. Let's get it done, so you can think about other things that need your attention."
- "Great! Do you think 2-3 days would be long enough, or is 2-3 weeks better? (Wait for answer). The truth is, no matter how long you take, you will be faced with the same three questions. May I share them with you?
    - o  1. Does this get you what you wanted?
    - o  2. Can you afford this?
    - o  3. Am I the kind of person you want to do business with?"
- "Great, most people want to take time to think about their decisions before making it. Let me ask you, on a scale of one to ten, ten being you are absolutely certain and ready to go, and 1 being you wouldn't take it no matter what, where you would stand at this time? (Get an answer). What would make it a ten?"
- "I understand and as a consumer myself I have said the thing at which time I 1. Didn't want to confront the sales person 2. Didn't want to disappoint him, or 3. There was a concern that still hadn't been addressed. Which one is it for you?
- "Why'd you call us in the first place?"
- "That's fine, John, obviously you wouldn't take your time thinking this over unless you were seriously interested would you? I mean I'm sure your not telling me that to get rid of me, so may I assume that you will give it very careful consideration? Just to clarify my thinking, what phase of this opportunity would you like to think over; the quality of service, chapter of bankruptcy to file, something I've forgotten to cover?" When the client says no, "Seriously, level with me, its about money isn't it?"
- "I understand but, either way you make a decision. You will either make a decision to continue with what you have or make a decision to get what you deserve. Either way you spend your money, either way you have an obligation, and either way you make a decision. The question is whether you are going to reward yourself with something you deserve or continue struggling."



**I'm going to wait to file until**...
- "Certainly you can do that, let me just share with you what happens while you wait 1. You can be sued, garnished, repossessed or foreclosed 2. It is costing you more money in the future than it will today 3. Nothing changes when you leave here except the prices are going up."
- "Forgive, but when you say you can't do it today I must tell you that shocks me. You are one of the most competent, most able and intelligent people that I have talked to. I have people who don't have near your wherewithal who get started everyday."
- "As you are aware, there is only a limited number of clients we can help per day, a huge demand, and I want to be certain that I am able to get you the help you need, let's get this done."
- " There is never a best time to make this decision as you will always have things going on. Let's do this now and get it handled for you so you can start benefitting now."
- "Since I am unable to get you to do this today, can I at least get a commitment and agreement from you that you will do this with me at some time in the future?"

**I can't afford the 13 payment**
- "I understand that, but you can't afford not to do it."

**I need to pray about it**
- "I appreciate that. I pray about every decision I make myself. How are you most comfortable paying? Let's pray together, I trust God won't mislead either of us. I am willing to accept God's will for the both of us"

**I need to talk to my Wife/Husband** – This is stall and not an objection
- "Would he/she say no to product or the money?"
    - If money, "What about the money, the initial investment, monthly investment or price"?
- "I agree, and you should, but if your husband/wife is anything like mine, he/she never tells me no when I really need or love something, and I never tell him/her no. "
- "Better to ask for forgiveness than to ask for permission, so let's get you going right away"
- "I understand and if you and your spouse talk like me and mine do, then he/she knows you are here and knows what you are doing. Let's do this and get it done if you don't have any other reservations."
- "Is your spouse happy with your current financial situation? If you are improving that situation, certainly she would support you improving your situation."



**Can you send me some paperwork, information, or a brochure?**
- "I would be happy to do that if I thought that would help, but I expect someone like you has six inches of bills on your kitchen counter right now. Let's make a decision and get on with this you can handle the more important mail."
- "I do understand your position, however, I cannot allow you not to own this. It is the right thing for you to do. I would never mislead you and you know it is the right thing to do."

**Fear this is a scam or doing it over the "internet"**
- Go over our refund policy. We guarantee our advice and our product. We offer a 100% refund if we cannot file bankruptcy for you.

**The Fear of making a mistake**
- 

**Multiple objections thrown your way**
- "Excuse me, but may I ask, are you looking for reason to make a decision to do this or are you looking for reason's not to?"
- "If I could handle every objection you have, would you make a decision to buy this product?"

**Cancellations**
- No problem. I tell you what we can do. Let's just put off making a decision for awhile. How does that feel? Feels good, doesn't it? I always go through this myself. I know what I want, what I need, and when it comes time to making that final decision, I get scared I'm doing the wrong thing. Tell me this...
    - 1. Do you really believe this satisfies all your needs?
    - 2. Is this affordable to you?
    - 3. The big question is, do you deserve to reward yourself and take control of your life?