UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 16-80947-WRS |
| | Chapter 13 |
| RODNEY RAMARO PUGH | |
| QUACHERYL KNIGHT PUGH, | |
| Debtors | |
| SABRINA L. McKINNEY and | |
| CARLY B. WILKINS | |
| Plaintiff | Adv. Pro. No. 18-8019-WRS |
| v. | |
| LAW SOLUTIONS CHICAGO LLC | |
| d/b/a UPRIGHT LAW LLC and | |
| UPRIGHT LAW; UPRIGHT LAW LLC; | |
| KEVIN W. CHERN; JASON ROYCE | |
| ALLEN; and EDMUND SCANLAN | |
| Defendant | |

**ORDER DENYING MOTIONS TO DISMISS,
GRANTING MOTION TO CONSOLIDATE**

This Adversary Proceeding came before the Court for hearing on October 11, 2018, on the Defendants' Motions to Dismiss (Docs. 26, 27, 28, 29, 30), and Plaintiffs' Motion to Consolidate. (Doc. 3). Plaintiffs Sabrina L. McKinney and Carly B. Wilkins were present in court by counsel Steve Olen and Allison White Smalley. Defendants Law Solutions Chicago, LLC, UpRight Law, LLC, Kevin W. Chen, Jason Royce Allen, and Edmund Scanlan were present by counsel Todd Engelhardt.

The Court heard argument from counsel and has considered the written submissions made by the parties. (Docs. 35, 38). For the reasons set forth on the record, after hearing argument, the motions to dismiss are denied in all respects, except as to Defendant Edmund Scanlan, who is

dismissed, without prejudice. The Court further notes that it handed down a Memorandum Decision on August 14, 2018, in Adversary Proceeding 18-3046. (18-3046, Doc. 14). As the legal issues raised here are the same, that Memorandum Decision is incorporated by reference.

The Court considered the Motion to Consolidate filed by Plaintiffs in this Adversary Proceeding (Doc. 3) and finds good cause and grants the motion. Adversary Proceeding 18-3046 is the lead case, meaning that all future filings should be made in 18-3046 and not in this Adversary Proceeding. The Court will, by way of a separate order, modify the scheduling order entered in 18-3046 on August 14, 2018.

Done this 15th day of October, 2018.

United States Bankruptcy Judge

c: Steve Olen, Attorney for Plaintiffs
Allison White Smalley, Attorney for Plaintiffs
Charles A. Armgardt, Attorney for Defendants
Todd Engelhardt, Attorney for Defendants