IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAW SOLUTIONS CHICAGO, LLC; UPRIGHT LAW, LLC; KEVIN W. CHERN; and JASON ROYCE ALLEN, | ) ) ) ) ) | |
| Defendants–Appellants, | ) ) | |
| v. | ) ) | CASE NO. 3:18-CV-934-WKW [WO] |
| SABRINA L. McKINNEY, as Standing Chapter 13 Trustee; and CARLY B. WILKINS, as Chapter 7 Trustee of the Estates of Ricky Jackson, Tony Lee Mason, Joseph A. White, Stacy Ross, and Jeremy Wallace, | ) ) ) ) ) ) ) ) | |
| Plaintiffs–Appellees. | ) | |

**ORDER**

Alleging various forms of attorney misconduct, Plaintiffs filed an adversarial complaint against Defendants in bankruptcy court. The Bankruptcy Court denied Defendants' motions to dismiss, and it consolidated Plaintiffs' action with a similar action filed by the Bankruptcy Administrator. (Doc. # 1-3.) Defendants seek leave to file an interlocutory appeal pursuant to 28 U.S.C. § 158(a)(3). (Doc. # 1.)

For the same reasons leave to appeal was denied in *Law Solutions Chicago, LLC v. Jacobs*, No. 18-cv-763, Doc. # 8 (M.D. Ala. Feb. 25, 2019), leave to appeal is due to be denied in this case. Even if the issues presented on appeal are pure

questions of law (they are not), they do not control a substantial portion of the case. Nor would resolving them substantially reduce the amount of litigation below.  *See Mamani v. Berzain*, 825 F.3d 1304, 1312–13 (11th Cir. 2016); *McFarlin v. Conseco Servs., LLC*, 381 F.3d 1251, 1264 (11th Cir. 2004); *Barbella v. Pergament*, No. 16-mc-1221, 2018 WL 317778, at *3–4 (E.D.N.Y. Jan. 8, 2018).  Interlocutory appeals are also "inherently disruptive, time-consuming, and expensive," *Prado-Steiman ex rel. Prado v. Bush*, 221 F.3d 1266, 1276 (11th Cir. 2000) (cleaned up), and a court may deny leave to file one "for any reason, including docket congestion." *Coopers & Lybrand v. Livesay*, 437 U.S. 463, 475 (1978); *see Nice v. L-3 Commc'ns Vertex Aerospace LLC*, 885 F.3d 1308, 1313 n.8 (11th Cir. 2018).  The court has a crowded docket, so it denies leave to appeal.

    For these reasons, it is ORDERED that:

1.     Defendants' Motion for Leave to Appeal (Doc. # 1-1) is DENIED; and

2.     The Clerk of the Court is DIRECTED to close this case.

    DONE this 25th day of February, 2019.

                                             /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE