| | |
|---|---|
| In re<br><br>RODNEY RAMARO PUGH AND<br>QUACHERYL KNIGHT PUGH,<br><br>    Debtors. | Case No. 16-80947-WRS<br>Chapter 13 |
| SABRINA L. MCKINNEY AND<br>CARLY B. WILKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>LAW SOLUTIONS CHICAGO, LLC DBA<br>UPRIGHT LAW LLC AND UPRIGHT LAW;<br>UPRIGHT LAW LLC; KEVIN W. CHERN;<br>JASON ROYCE ALLEN; AND EDMUND<br>SCANLAN,<br><br>    Defendants. | Adv. Proc. 18-08019-WRS |

## ORDER GRANTING MOTION TO WITHDRAW

Todd D. Engelhardt and Richard P. Carmody from the law firm of Adams and Reese LLP filed a Motion to Withdraw (Doc. 57) as counsel for Defendants. Upon consideration of the motion, it is hereby

ORDERED that the motion to withdraw is GRANTED and Todd D. Engelhardt and Richard P. Carmody no longer represent Defendants in the above-referenced proceeding.

Done this 13th day of November, 2019.

William R. Sawyer
United States Bankruptcy Judge

c:    Steve Olen, Attorney for Plaintiffs
      Allison White Smalley, Attorney for Plaintiffs
      Charles A. Armgardt, Attorney for Defendants
      Todd D. Engelhardt
      Richard P. Carmody